UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,  :
:
v.  :
:
: Action No. 4:07cr69
:
CLIFTON RICHARD ZABEL,  :
:
Defendant.  :
:

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT and
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to a lesser included offense in Count 1 and Count 13 of a twenty-two (22) count Superseding Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for February 25, 2008 at 3:00 p.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.



/s/
Walter D. Kelley, Jr.
United States District Judge

Norfolk, Virginia
December 3, 2007